## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

GERALD E. BLALACK                                                                                PLAINTIFF

V.                              NO. 4:06CV00340 SWW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                          DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and they hereby are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Plaintiff's Request for EAJA Attorney Fees and Costs Under the Equal Access to Justice Act (docket entry #13) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Ms. Laura J. McKinnon, attorney for Plaintiff, $4,759.46, as attorney's fees, pursuant to the EAJA.

DATED this 3rd day of December 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE